**TROY LAW, PLLC**

ATTORNEYS / COUNSELORS AT LAW

Tel: 718 762 1324   johntroy@troypllc.com   Fax: 718 762 1342

41-25 Kissena Blvd., Suite 103, Flushing, New York 11355

September 13, 2020

**VIA ECF**

Hon. Judge Lorna G. Schofield, U.S.D.J.
NYSD, USDC
400 Foley Square
New York, NY 10007

>    RE: **Letter Motion requesting to Adjourn the Initial Pretrial Conference scheduled to be held on September 24, 2020 at 10:40**
>     *Kuokwing Wu v. Eight Oranges, Inc., d/b/a The Bao, et al. 20-cv-5786 (LGS)*

Dear Hon. Judge Schofield,

We represent the above named Plaintiff in the above mentioned case. We write to respectfully request the Court to adjourn the Initial Pretrial Conference scheduled to be held on September 24, 2020 at 10:40 pending the appearance of Defendants' counsel.

The present case was filed on July 25, 2020. The Summons and Complaint has been served on the corporate Defendant EIGHT ORANGES INC. d/b/a The Bao through the Secretary of State on August 31, 2020. *See* Dkt. Entry No. 8 (Sept. 5, 2020). Thereafter, soon after the restaurant The Bao's reopening on September 4, 2020, the Summons and Complaint has also been served upon owner/operator Defendants JOANNE HONG BAO a/k/a Hong Bao, RICHARD LIN, and ALANNA LIN at their actual place of business on September 11, 2020. *See* Dkt. Entry Nos. 9, 10, and 11 (Sept. 13, 2020). The delay of in the service of process has been caused by the temporary closure of The Bao due to the coronavirus pandemic negatively impacting our state.

As a result, Defendants have not yet answered in response to the Complaint filed against them also they have not yet retained an Attorney to represent them. <u>Thus, in the interest of the judicial economy and time, Plaintiffs' counsel respectfully requests to adjourn the conference until the Defendants' retain their attorney, or any other day convenient for the court.</u>

Plaintiff's Counsel apologizes for all the inconveniences caused from this matter and thanks Your Honor for its consideration on this matter.

Application **GRANTED**. The initial pretrial conference scheduled for September 24, 2020, is adjourned to **October 8, 2020, at 10:40 a.m.**

The parties shall file the joint letter and proposed case management plan by **October 1, 2020**.

Dated: September 14, 2020
       New York, New York

Respectfully submitted,

TROY LAW, PLLC
/s/ John Troy
John Troy
*Attorney for Plaintiffs,*

**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**