UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
                                                                                    :
KUOKWING WU,                                            :
                                   Plaintiff,           :
                                                                  :         20 Civ. 5786 (LGS)
                  -against-                            :
                                                                   :              <u>ORDER</u>
EIGHT ORANGES, INC., et al.,                 :
                                  Defendants.     :
-------------------------------------------------------------- X

LORNA G. SCHOFIELD, District Judge:

      WHEREAS, an initial pre-trial conference is currently scheduled for October 29, 2020, at 10:40 A.M.  It is hereby

      **ORDERED** that the initial pre-trial conference, scheduled for October 29, 2020, is **CANCELLED**.  It is further

      **ORDERED** that by **November 9, 2020**, given the lenient standard for conditional certification, *see Varghese v. JP Morgan Chase & Co.*, Nos. 14 Civ. 1718, 15 Civ. 3023, 2016 WL 4718413, at *5 (S.D.N.Y. Sept. 9, 2016) ("Plaintiff's burden is minimal because that determination that the parties are similarly situated is merely a preliminary one . . . ."  (quoting *Lee v. ABC Carpet & Home*, 236 F.R.D. 193, 197 (S.D.N.Y. 2006))), the parties are directed to meet and confer regarding the possibility of stipulating to conditional certification and the form of notice, reserving all of Defendants' rights to object to any final certification under the more rigorous standard that applies at that stage.  It is further

      **ORDERED** that Plaintiff shall file any pre-motion letter in anticipation of a motion for conditional certification by **November 9, 2020**, and Defendants shall file any response letter by **November 13, 2020**.  It is further

      **ORDERED** that Defendants shall file any pre-motion letter in anticipation of a motion to dismiss by **November 9, 2020**, and Plaintiff shall file any response letter by **November 13, 2020**.

Dated: October 27, 2020
       New York, New York

                                                                                                   LORNA G. SCHOFIELD
                                                                                      UNITED STATES DISTRICT JUDGE