```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
                                                              :
KUOKWING WU,                                                  :
                               Plaintiff,                     :
                                                              :           20 Civ. 5786 (LGS)
             -against-                                        :
                                                              :                ORDER
EIGHT ORANGES, INC., et al.,                                  :
                               Defendants.                    :
------------------------------------------------------------- X
```

LORNA G. SCHOFIELD, District Judge:

WHEREAS, on November 9, 2020, Plaintiff filed a pre-motion letter in anticipation of a motion to conditionally certify a Fair Labor Standards Act Collective, pursuant to 29 U.S.C. § 216(b) (the "Motion for Conditional Certification") (Dkt. No 28), and on November 13, 2020, Defendants filed a responsive letter to Plaintiff's November 9, 2020, pre-motion letter at Docket No. 28. Dkt. No. 29.

WHEREAS, on December 3, 2020, a pre-motion conference was held to discuss the Motion for Conditional Certification. Following the pre-motion conference, the Court set a briefing schedule for the Motion for Conditional Certification and scheduled a motion conference at which the Court will deliver an oral opinion on the Motion for Conditional Certification. Dkt. No. 32.

WHEREAS, on December 22, 2020, the Court issued an order granting Plaintiff's untimely request for an extension of the briefing schedule and adjournment of the motion conference. The December 22, 2020, Order directs Plaintiff to file the Motion for Conditional Certification by January 26, 2021, and adjourns to the motion conference to February 11, 2021. Dkt. No. 35.

WHEREAS, the Motion for Conditional Certification has not been filed. It is hereby

**ORDERED** that the motion conference scheduled for February 11, 2021, (Dkt. No. 35) is **CANCELLED**.

Dated: January 20, 2021
       New York, New York

                                                    _____
                                                    LORNA G. SCHOFIELD
                                                    UNITED STATES DISTRICT JUDGE