UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X
                                                                                                :
KUOKWING WU,                                                 :
                        Plaintiff,         :
                                         :         20 Civ. 5786 (LGS)
          -against-                :
                                         :         <u>ORDER</u>
EIGHT ORANGES, INC., et al.,              :
                     Defendants.     :
------------------------------------------------------------- X

LORNA G. SCHOFIELD, District Judge:

WHEREAS, on January 20, 2021, Plaintiff's counsel, Troy Law, PLLC ("Troy Law") filed a motion to withdraw as counsel, on the ground that the attorney-client relationship had broken down, making it difficult for Troy Law to comply with Court deadlines.  Dkt. No. 39.

WHEREAS, on January 21, 2021, the Court issued an Order directing Plaintiff to file any responsive letter by February 5, 2021.  Dkt. No. 40.

WHEREAS, no such responsive letter was filed.

WHEREAS, on February 10, 2021, the Court issued an Order granting Troy Law's motion to withdraw; directing Plaintiff to file a letter informing the Court whether he plans to retain new counsel or dismiss the action by February 17, 2021; and stating that, "[i]f Plaintiff fails to respond, the case may be dismissed for failure to prosecute."  Dkt. No. 42.

WHEREAS, no such letter was filed.  It is hereby,

ORDERED, that by **March 8, 2021**, Plaintiff shall file a letter informing he Court whether he plans to retain new counsel or dismiss the action.  If Plaintiff fails to respond, the case will be dismissed for failure to prosecute.

The Clerk of Court is respectfully directed to serve a copy of this Order on *pro se* Plaintiff.

Dated: February 22, 2021
       New York, New York

                                            LORNA G. SCHOFIELD
                                         UNITED STATES DISTRICT JUDGE